James A. McDevitt
United States Attorney
Eastern District of Washington
Shawn N. Anderson
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,           )
                                    )
                Plaintiff,          )    CV-08-346-RHW
                                    )
        vs.                         )
                                    )
37509 NORTH WEST BRANCH ROAD,       )
DEER PARK, WASHINGTON,              )    Joint Status Conference
TOGETHER WITH ALL                   )    Certificate and Proposed
APPURTENANCES, FIXTURES,            )    Discovery Plan
ATTACHMENTS, AND                    )
IMPROVEMENTS THERETO AND            )
THEREUPON,                          )
                                    )
                Defendant.          )
                                    )

      Plaintiff, United States of America, by and through James A. McDevitt, United States Attorney for the Eastern District of Washington and Shawn N. Anderson, Assistant United States Attorney; and, Claimant, Robert Casados, by and through his attorney, Kailey Moran, submit the following status conference certificate and proposed discovery plan in compliance with the order of this court and Rules 26(a)(1) and (f) of the Fed. R. Civ. P.

      (1)    Service of Process on Parties: The parties agree that Notice and Service of Process is complete.

(2) Jurisdiction and Venue: The parties agree that jurisdiction and venue are proper within the above court.

(3) Anticipated motions: The government intends to file a motion for summary judgement upon completion of discovery, no later than August 7, 2009.

(4) The parties propose the following discovery plan:

Plaintiff, United States, and Claimants will exchange the following information pursuant to Rule 26 of the Fed. R. Civ. P. on or before April 17, 2009.

    (a) A listing of the names, addresses and telephone numbers of each individual likely to have discoverable information; and,

    (b) copies of all documents, data compilations and tangible things that are relevant to the disputed facts herein.

The parties will conduct further discovery, with a proposed discovery cutoff date of July 17, 2009.

(5) Recommended Dates for Pretrial Conference and Trial, and length of trial: The parties agree to a pretrial conference the week of October 26, 2009, and trial to begin the week of November 9, 2009. The trial should last no longer than three days.

(6) Appropriateness of Special Procedures such as Consolidation of Actions: The parties are unaware of the necessity for special procedures at this time.

(7) Modification of the standard pre-trial procedures: The parties do not believe that modification or deviation is necessary in this matter.

(8) Structuring of the Trial: Not applicable.

(9) Prospects for Settlement: The United States and Claimant, Robert Casados, will engage in additional discussions regarding possible settlement.

///

(10) Any other Matters Conducive to Just, Efficient, and Economical Determination of the Action: The parties are unaware of any course of action which would fit the above criteria with respect to the instant matter.

DATED this 13th day of March, 2009.

James A. McDevitt
United States Attorney

s/Shawn N. Anderson

Shawn N. Anderson
Assistant United States Attorney

*Approved via email*

Kailey Moran
Attorney for Claimant
Robert Casados