UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>37509 NORTH WEST BRANCH ROAD, DEER PARK, WASHINGTON, TOGETHER WITH ALL APPURTENANCES, FIXTURES, ATTACHMENTS, AND IMPROVEMENTS THEREUPON,<br><br>Defendant. | NO. CV-08-346-RHW<br><br>**ORDER OF DISMISSAL** |

Before the Court is the parties' Joint Stipulation to Voluntarily Dismiss Civil Forfeiture Complaint (Ct. Rec. 27). Both parties stipulate to the dismissal of the above-captioned matter.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Joint Stipulation to Voluntarily Dismiss Civil Forfeiture Complaint (Ct. Rec. 27) is **GRANTED**.

2. The above-captioned matter is **dismissed with prejudice**, each party to be responsible for its attorneys' fees and costs.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward copies to counsel, and **close the file.**

**DATED** this 25th day of May, 2010.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Judge

Q:\CIVIL\2008\37509 NW Branch Rd\dismiss.ord.wpd

**ORDER OF DISMISSAL** * 1